MICHAEL PORCELLI, Appellant, v JOSEPH ZAPPARO, Respondent.

We find that the Supreme Court erred in granting the

defendant summary judgment dismissing the complaint. The hospital record X-ray report bearing the defendant's stamped signature constituted admissible documentary evidence (CPLR 4518 [b]) sufficient to raise a triable issue of fact as to whether the defendant was involved in the alleged erroneous interpretation of the X ray. Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.